UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:22CR 19 (MPS) |
| v. | VIOLATION: |
| BRYAN WILSON | 18 U.S.C. § 1365(a)(4)<br>(Tampering with a Consumer Product) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Tampering with a Consumer Product)

During the period between on or about August 1, 2021 and on or about September 24, 2021, in the District of Connecticut, BRYAN WILSON, the defendant herein, with reckless disregard for the risk that another person would be placed in danger of death and bodily injury, and under circumstances manifesting extreme indifference to such risk, tampered with consumer products that affected interstate commerce and with the labeling of and containers for such products, specifically, BRYAN WILSON on several occasions took vials containing fentanyl, a painkiller in liquid form, which he knew were intended to be dispensed to patients for purposes of pain relief during medical procedures; removed the fentanyl from the vials; replaced the fentanyl solution with saline; and returned the adulterated vials to be used in medical procedures.

All in violation of Title 18, United States Code, Section 1365(a)(4).

UNITED STATES OF AMERICA

*/s/ Leonard C Boyle*
LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

*/s/ Ray Miller*
RAY MILLER
ASSISTANT UNITED STATES ATTORNEY

1